ANDERSON PURNELL THURSTON 62163511
Name and Prisoner/Booking Number

NEVADA SOUTHERN DETENTION CENTER
Place of Confinement

2190 E. MESQUITE AVE. G3-34B
Mailing Address

PAHRUMP NV 89060
City, State, Zip Code

FILED

SEP 16 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDERSON PURNELL THURSTON ,
(Full Name of Plaintiff)                 Plaintiff,

v.

(1) BABB (DEPUTY) ,
(Full Name of Defendant)

(2) DUFF (DEPUTY) ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)  CASE NO. ___2:25-cv-01925-JDP P___
)        (To be supplied by the Clerk)
)
)
)
)
)  **CIVIL RIGHTS COMPLAINT**
)  **BY A PRISONER**
)
)  ☐ Original Complaint
)  ☒ First Amended Complaint
)  ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: _____.

Revised 3/15/2016                                1

## B. DEFENDANTS

1. Name of first Defendant: _BABB, ?_. The first Defendant is employed as:
   _DEPUTY SHERIFF_ at _YUBA COUNTY SHERIFF'S DEPT._.
   (Position and Title) (Institution)

2. Name of second Defendant: _DUFF, ?_. The second Defendant is employed as:
   _DEPUTY SHERIFF_ at _YUBA COUNTY SHERIFFS DEPT._.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____at_____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____at_____.
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? _?_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _ANDERSON P. THURSTON_ v. _R. YOUNGER (CDCR C/O)_
      2. Court and case number: _U.S. DIST COURT, E. DIST. OF CA. CASE NO: UNKN_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _ENDED WITH A SETTLEMENT BEFORE TRIAL._

   b. Second prior lawsuit:
      1. Parties: _ANDERSON P. THURSTON_ v. _WINIFRED KOKOR (DR. W/CDCR)_
      2. Court and case number: _U.S. DIST. COURT, E. DIST. OF CA - FRESNO DIVISION_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _ENDED WITH A SETTLEMENT BEFORE TRIAL_

   c. Third prior lawsuit:
      1. Parties: _ANDERSON P. THURSTON_ v. _A. SCHWARZENEGGER (SP.)_
      2. Court and case number: _U.S.D.C. E. DIST. OF CA (?)_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _DISMISSED I DON'T RECALL THE SPECIFICS IT'S BEEN TOO LONG AGO._

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

PG 2A -
PREVIOUS LAWSUITS:

I have filed at least 3 other lawsuits over the years of my confinements in California State prisons and County jails. However, I do not know and cant remember their titles, names, or the dispositions of any except those I'v listed on page 2.
Thank You -

///
///
///
///
///
///
///
///

2A

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: My U.S. Const. 8th Amendment Right to be free from cruel and unusual punishment.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

   ☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On or about the morning of 5/22/25, while in the process of transporting myself and inmates Rubino & Shay from Sacramento County Main Jail to Yuba County Jail, Deputies Babb and Nuff endangered my life by leaving me (us) chained and shackled and unattended in the rear airtight locked compartment of their Yuba County Transportation Van. I (we) was left in that suffocating condition for about an hour banging & pounding on the walls and ceiling/roof of the Van while I (we) screamed, pleading and begging for help. I had asked Deputy Babb for my Asthma Rescue Inhaler (a medical necessity that I must keep on my person (at all times) prior to being placed in the Van, and he refused me with the disrespectful, violently aggressive response "You're not getting anything. Now get your ass in that Van." During this suffocating experience I lost consciousness once and had an asthma attack. There were no windows or doors opened or even cracked. With the use of our metal canes inmate Shay and I banged on the Van walls and roof attempting to get the attention of the many Jail Staff who where entering and exiting the jail during that time but the van was parked so far away from the entrance to the jail that our → (SEE NEXT PAGE) 3A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I was left to suffer and die, I was deprived of all due process before being punished cruel & unusually. I was literally TORTURED by the deliberate indifference to my need for air and suffered an asthma attack.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? AT THE YUBA COUNTY JAIL.    ☒ Yes    ☐ No

   b. Did you submit a request for administrative relief on Claim I?    ☒ Yes    ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes    ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was transferred by Yuba County Jail to Nevada County Jail during the grievance appeal process to keep me from fully exhausting my administrative remedies.

3

Case 2:25-cv-01925-JDP   Document 8   Filed 09/16/25   Page 5 of 8

screaming, begging cries went ignored/unnoticed until one unknown female jail staff member noticed and ran to the van to see me/us sweating profusely and suffocating. She ran back to the jail and notified the Deputies Babb & Duff of the Emergency Situation. About 5 to 10 minutes later, Deputy Babb came meandering in a deliberately slow and unconcerned way, and despite the continued screaming pleas and our begging cries, he took his sweet time opening only the front section of the van leaving us/me continuing to beg and plead for air. Deputy Babb would not and did not open the rear compartment of the van to give me/us air. In spite of our pleas, he opened the front section and began stacking boxes inside, ignoring our/my begging pleas, and he began taunting me/us, laughing at our desperate condition. After another five minutes or so of fiddling around, Deputy Babb finally got behind the wheel of the van and took another few minutes to turn on the air conditioner and told me, "Now shut your fucking traps, or else..." All of this is captured on jail video footage.

Because Deputy Babb parked at least 40 to 50 yards from the jail entrance in a NON PARKING AREA, when there were multiple parking spaces available for use, and all of the above actions/inactions, it is clear that his actions were deliberate. He did not give me my inhaler until 5 to 10 minutes after returning to the van

It should be noted that these deputies knew or reasonably should have known that their actions jeopardized my/our lives since it is illegal in California to even leave a dog in an airtight locked car unattended. They are officers of the law,

3A

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 6th & 14th Amendment Rights to Due Process and Equal Protection under the Law.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care

☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation

☒ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I was given a death sentence by Yuba County Sheriff Deputies Babb and Duff where I was deliberately left in a locked, airtight transportation van for about an hour with no fresh air to breathe and without my Asthma Rescue Inhaler which Deputy Babb refused to provide me. I was subjected to this cruel and unusual punishment without notice, without any opportunity to defend myself, to be charged or to present any evidence before being subjected to said punishment. Deputies BABB and DUFF parked their transportation van so far away from the jail entrance doors in a non parking area when there were multiple open parking spaces showing a deliberateness on their part to deprive me of any assistance while suffocating. His evil, vulgar and racially disrespectful, sarcastic remarks and jovial attitude at my suffering reinforces that their actions were intentional. All of these actions and events took place in the jail parking area and should be captured on video footage. I asked my attorney Etan to send a letter to the Sheriff notifying that I intend to sue and need the footage preserved of that day and events. My attorney confirmed that it was sent and received in July 2025.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I was nearly killed by the actions/inactions of Defendant(s) I was denied any due process and subjected to the torture and cruel and unusual punishment.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? AT THE YUBA COUNTY JAIL.      ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim II?      ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?      ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I WAS TRANSFERED TO AVOID ALLOWING ME TO EXHAUST MY ADMINISTRATIVE REMEDIES. I GRIEVED & APPEALED AND GOT NO RESPONSES.

4

N/A

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

N/A

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b.  Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'M SEEKING THE PROSECUTION OF DEFENDANTS FOR THEIR CRIMINAL NEGLIGENCE. I'M SEEKING $1,000,000.00 (ONE MILLION DOLLARS) FROM EACH DEFENDANT IN PUNITIVE DAMAGES; $1,000,000.00 (ONE MILLION DOLLARS FROM EACH DEFENDANT IN COMPENSATORY DAMAGES/RELIEF. AND ANY OTHER RELIEF/DAMAGES DEEMED JUST + PROPER BY THE COURT TO THE ENDS OF JUSTICE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/11/2025__
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.